UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------------x

PATRICK JOSEPH,

                                     Plaintiff,        NOTICE OF APPEARANCE

                -against-

NEW YORK CITY POLICE DEPARTMENT DETECTIVE      08 Civ. 0004 (GBD)
RICHARD KENNEY, in his individual and in his official
capacities, *et al.*

                                 Defendants.

-------------------------------------------------------------------------------x

      **PLEASE TAKE NOTICE** that **Michael Chestnov**, Assistant Corporation Counsel,

hereby appears as counsel of record on behalf of the Corporation Counsel of the City of New

York, Michael A. Cardozo, attorney for defendants Richard Kenney and August Rossy.

Dated: New York, New York
       January 14, 2008

                               MICHAEL A. CARDOZO
                               Corporation Counsel
                                 of the City of New York
                               Attorney for Defendants Kenney and Rossy
                               100 Church Street, Room 3-143
                               New York, New York 10007
                               (212) 788-0991

                           By:        _____/s_____
                                 Michael Chestnov
                               Assistant Corporation Counsel
                               Special Federal Litigation Division

TO:    James I. Myerson, Esq.
        Attorney for plaintiff
        64 Fulton Street, Suite 502
        New York, NY 100386 (Via E.C.F.)

        Mark D. Speed, Esq.
        Attorney for defendant Ruster
        60 East 42nd Street, Suite 1563
        New York, NY 10165 (By Mail)

## DECLARATION OF SERVICE BY MAIL

I, MICHAEL CHESTNOV, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that on January 14, 2008, I served the annexed NOTICE OF APPEARANCE upon the following counsel of record by depositing a copy of same, enclosed in a first class postpaid properly addressed wrapper, in a post office depository under the exclusive care and custody of the United States Postal Service, within the State of New York, directed to said counsel of record at the address set forth below, being the address designated by plaintiff for that purpose:

Mark D. Speed, Esq.
Attorney for defendant Ruster
60 East 42nd Street, Suite 1563
New York, NY 10165

Dated:        New York, New York
              January 14, 2008


                        _____/s_____
                        MICHAEL CHESTNOV
                        ASSISTANT CORPORATION COUNSEL

Index No. 08 Civ. 0004 (GBD)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICK JOSEPH,

                                                    Plaintiff,

-against-

NEW YORK CITY POLICE DEPARTMENT DETECTIVE.
RICHARD KENNEY, *et al.*,

                                                    Defendants.

## NOTICE OF APPEARANCE

*MICHAEL A. CARDOZO*
*Corporation Counsel of the City of New York*
*Attorney for Defendants Kenney and Rossy*
*100 Church Street*
*New York, New York  10007*

*Of Counsel:  Michael Chestnov*
*Tel:  (212) 788-0991*
*NYCLIS No.*

*Due and timely service is hereby admitted.*

*New York, N.Y.* ................................................................................................ *, 200...*

.................................................................................................................... *Esq.*

*Attorney for* ..........................................................................................................