UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

PATRICK JOSEPH

                        Plaintiff,

        -against-

RICHARD KENNEY et al.,

                      Defendants.

------------------------------------------------------------X

08cv0004 (GBD)

ORDER

GEORGE B. DANIELS, District Judge:

Plaintiff's request to advance the initial conference date from April 3, 2008 to an earlier date is DENIED.

Dated: January 22 2008
      New York, New York

SO ORDERED:

*[signature]*

GEORGE B. DANIELS
United States District Judge